RFS:rcc
3/28/02

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT A. LOCASTRO, D.O., et ux.,   *

    Plaintiffs   *

v.

THE PAUL REVERE LIFE   * Civil Action No.: WMN 02-781
INSURANCE COMPANY, et al.,   *

    Defendants   *

\* * * * * * * * *

## ORDER

Upon consideration of Plaintiffs' Consent Motion for Enlargement of Time For Responding to Defendants' Various Non Zoimen-Based Motions to Dismiss Until Such Time as the Court Has Determined the Appropriateness of the Removal, it is this **29th** day of **March**, 2002,

HEREBY ORDERED, that Plaintiffs need not respond to Defendants' various non Zoimen-based Motions to Dismiss until twenty (20) days judicial ruling by this Court on the merits of Defendants' removal.

_____
The Honorable William M. Nickerson

Law Offices
OWENS & SMOUSE, LLC
113 Old Padonia Road
Suite 100
Hunt Valley, Maryland 21030

1