04/18/2002 08:20 410 453 5755
04/18/02 THU 09:26 FAX 410 453 5755 OWENS & SMOUSE, LLC
04/17/2002 16:04 FUNK AND BOLTON → 4104535755

```
                                    FILED
                              U.S. DISTRICT COURT
                              DISTRICT OF MARYLAND

                              2002 APR 19  P 2:52

                                                  2002 APR 22 P 2:29
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND AT BALTIMORE

BY_____DEPUTY

ROBERT A. LOCASTRO, D.O., et al.,

    Plaintiffs,

v.                                         Civil Action No. WMN 02-781

THE PAUL REVERE LIFE INSURANCE
COMPANY, et al.,

    Defendants.

* * * * * * * * * * * * * *

STIPULATION OF TIME TO FILE OPPOSITION TO
PLAINTIFFS' MOTION FOR REMAND AND REPLY IN FURTHER SUPPORT
OF THE ZOIMEN DEFENDANTS' MOTION TO DISMISS

Plaintiffs and Defendants, stipulate and agree that Defendants shall file any Opposition to the Plaintiffs' Motion for Remand and a Reply in support of the motion to dismiss Zoimen Defendants by April 29, 2002.

_____         _____
Randall F. Smouse                                 Bryan D. Bolton
Federal Bar No. 11784                           Federal Bar No. 02112

Owens & Smouse                                  Funk & Bolton, P.A.
113 Old Padonia Road                         100 Light Street, Suite 1000
Suite 100                                              Baltimore, Maryland 21202
Hunt Valley, Maryland 21030                (410) 659-7700
(410) 453-5757

Attorneys for Plaintiffs                          Attorneys for Defendants

SO ORDERED:

_____
United States District Judge

Dated: April 22, 2002

20014.015:53548

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 19th day of April, 2002, a copy of the Stipulation of Time to File Opposition to Plaintiffs' Motion for Remand, and in the Alternative, Opposition to the Zoimen Defendants' Motion to Dismiss was mailed, first class, postage prepaid, to:

>   Randall F. Smouse, Esquire
>   Owens & Smouse, LLC
>   113 Old Padonia Road, Suite 100
>   Hunt Valley, Maryland 21030
>
>   Attorneys for Defendants

_____
Bryan D. Bolton

20014.015:53548