IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT A. LOCASTRO, D.O., et ux. | : |
| v. | : Civil No. WMN-02-781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, et al. | : |

### ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 22nd day of July 2002, by the United States District Court for the District of Maryland, ORDERED:

   1.  That Plaintiffs' Motion to Remand, Paper No. 17, is denied;

   2.  That the claims against Defendants Joseph Zoimen and Joseph Zoimen, LLC. are dismissed;

   3.  That Plaintiffs' Motion for Leave to Take Deposition, Paper No. 26, is DENIED as moot;

   4.  That Plaintiffs' oppositions to the remaining pending motions shall be filed within twenty days of the date of this Order; and

   5.  That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to all counsel of record.

William M. Nickerson
United States District Judge