

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG 15  P 2:02

_____DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SENIOR JUDGE WILLIAM M. NICKERSON

ROBERT A. LOCASTRO, D.O., et al.,        *

    Plaintiffs,                              *

v.                                                    *       Civil Action No. WMN 02-781

THE PAUL REVERE LIFE INSURANCE     *
COMPANY, et al.,
                                                         *
    Defendants.
                                                         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION EXTENDING DEADLINE

Plaintiffs, Robert A. Locastro, D.O. and Joan Locastro, and defendants, by their undersigned counsel, hereby stipulate and agree that defendants shall answer or otherwise respond to Plaintiffs' Amended Complaint by September 6, 2002.

_____
Randall F. Smouse
Federal Bar No. 11784
William H. Owens
Federal Bar No. 06066

Owens & Smouse
13 Old Padonia Road, Suite 100
Hunt Valley, Maryland 21030
(410) 453-5757

Attorneys for Plaintiffs

_____
Bryan D. Bolton
Federal Bar No. 02112

Funk & Bolton, P.A.
100 Light Street, Suite 1000
Baltimore, Maryland 21202
(410) 659-7700

Attorneys for Defendants

2

SO ORDERED:

/s/ *signature*
United States District Judge

Dated: August 15, 2002

20014.015:56750