# FUNK & BOLTON
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
100 LIGHT STREET, SUITE 1000
BALTIMORE, MARYLAND 21202
(410) 659-7700
FACSIMILE (410) 659-7773

Writer's Direct Dial: (410) 659-7761
pcismay@fblaw.com

DAVID M. FUNK
BRYAN D. BOLTON
BRYSON F. POPHAM
REN L. TUNDERMANN
DEREK B. YARMIS
CHARLES D. MACLEOD
JEFFERSON L. BLOMQUIST
LINDSEY A. RADER

†ADMITTED IN NE AND DC ONLY
††ADMITTED IN VA ONLY

JEROME D. BRESLIN†
HUGH M. BERNSTEIN
JAMES F. TAYLOR
PETER C. ISMAY††
CYNTHIA L. McCANN
CHERYL A. C. BROWN
HISHAM M. AMIN

OF COUNSEL:
JOHN A. ANDRYSZAK
GARY C. HARRIGER
MICHAEL R. MCCANN
J. FRANK NAYDEN
DEBORAH R. RIVKIN
JOHN R. STIERHOFF

October 10, 2002

The Honorable William M. Nickerson
United States District Court for the District of Maryland
101 West Lombard Street, Room 330
Baltimore, Maryland 21201

<u>Hand Delivered</u>

Re:  *Locastro, et al. v. Paul Revere Life Insurance Company, et al.*
     Civil Action No. WMN 02-781

Dear Judge Nickerson:

This letter reflects the parties' agreement that the defendants will file their reply memoranda in further support of the motions they filed on September 6, 2002,[1] eleven days after service of plaintiffs' supplemental memorandum in opposition to The Paul Revere Life Insurance Company's Motion to Dismiss or, in the Alternative, for Summary Judgment.

The Court's time and attention to this matter are greatly appreciated.

Respectfully,

Peter C. Ismay

PCI:dlh
cc:  William H. Owens, Esquire (*via* facsimile and U.S. Mail)
     Randall F. Smouse, Esquire (*via* facsimile and U.S. Mail)

AS AGREED:

Randall F. Smouse/pcs (with permission)
Randall F. Smouse, Esquire

"APPROVED" THIS 11 DAY OF October, 2002

SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Motion to Dismiss or, in the Alternative, for Summary Judgment filed by The Paul Revere Life Insurance Company; The Paul Revere Life Insurance Company's Motion to Strike Immaterial, Impertinent, and Scandalous Matter from Plaintiffs' Amended Complaint; Motion to Dismiss or, in the Alternative, for Summary Judgment filed by John Bianchi, M.D., Margaret M. O'Hara, Shelley A. McKiernan, and Judy LaRochelle; and Motion to Dismiss or, in the Alternative, for Summary Judgment filed by The Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Insurance Companies, Inc., and UnumProvident Corporation.