```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

ROBERT A. LOCASTRO, D.O., <u>et ux.</u>   :
                                                 :
   v.                                         :   Civil No. WMN-02-781
                                                 :
THE PAUL REVERE LIFE INSURANCE     :
    COMPANY, <u>et al.</u>                   :

**<u>ORDER</u>**

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 17th day of March 2003, by the United States District Court for the District of Maryland, ORDERED:

    1.   That the Motion to Dismiss, or in the Alternative, for Summary Judgment filed by Defendants John L. Bianchi, Margaret M. O'Hara, Shelley A. McKiernan, and Judy LaRochelle, Paper No. 42, is GRANTED;

    2.   That the Motions to Dismiss filed by Defendants Defendant Paul Revere Life Insurance Company, Paper No. 40, and by Defendants Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Insurance Companies, Inc., and UNUMProvident Corporation, Paper No. 43, are granted in part and denied in part, in that Counts Three, Four, Eight, Nine and Ten are dismissed, and the punitive damages prayer is dismissed from Counts I and II;

    3.   That Defendant Paul Revere Life Insurance Company's Motion to Strike Immaterial, Impertinent, and Scandalous Matter from Plaintiff's Amended Complaint, Paper No. 41, is DENIED;

    4.   That the Motions to Dismiss the original complaint, Paper

Nos. 8, 10, and 12, and the Motion to Strike portions of the original complaint, Paper No. 13, are all DENIED as MOOT;

    5.  That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to all counsel of record.

/s/
_____
William M. Nickerson
Senior United States District Judge