UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT A. LOCASTRO, D.O., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN 02-781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, *et al.*, | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO RECONSIDER AND FOR CLARIFICATION

Co-defendants The Paul Revere Life Insurance Company, The Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Insurance Companies, Inc., and UnumProvident Corporation, pursuant to Md. Local Rule 105.10, file this motion for reconsideration and clarification of the Memorandum and Order entered by the Court on March 17, 2003. The grounds for this motion are set forth in the memorandum of law filed contemporaneously herewith.

WHEREFORE, The Paul Revere Life Insurance Company, The Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Insurance Companies, Inc., and UnumProvident Corporation move for reconsideration and clarification of the Memorandum and Order entered on March 17, 2003.

        Respectfully submitted,


_____
Bryan D. Bolton
Federal Bar No. 02112

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201
(410) 659-7700 (telephone)
(410) 659-7773 (facsimile)

Attorneys for The Paul Revere Life Insurance Company, The Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Insurance Companies, Inc., and UnumProvident Corporation

Dated:  March 18, 2003


20014.015:62757