UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT A. LOCASTRO, D.O., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN 02-781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Derek B. Yarmis in the above-captioned action as additional counsel for The Paul Revere Life Insurance Company, Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Insurance Companies, Inc., and UnumProvident Corporation.

_____
Bryan D. Bolton
Federal Bar No. 02112
Derek B. Yarmis
Federal Bar No. 10892

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201-3111
 (410) 659-7700

Attorneys for Defendants

Dated:  March 27, 2003
20014.015:62976