UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT A. LOCASTRO, D.O., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN 02-781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

STIPULATION EXTENDING DEADLINE

Plaintiffs, Robert A. Locastro, D.O. and Joan Locastro, and defendants, by their undersigned counsel, hereby stipulate and agree that defendants shall file an answer to the Amended Complaint by April 3, 2003.

_____   _____

Randall F. Smouse
Federal Bar No. 11784
William H. Owens
Federal Bar No. 06066

Owens & Smouse
113 Old Padonia Road, Suite 100
Hunt Valley, Maryland  21030
(410) 453-5757

Attorneys for Plaintiffs

Bryan D. Bolton
Federal Bar No. 02112
Derek B. Yarmis
Federal Bar No. 10892

Funk & Bolton, P.A.
36 South Charles Street, Twelfth Floor
Baltimore, Maryland  21201
(410) 659-7700

Attorneys for Defendants

SO ORDERED:

_____
United States District Judge

Dated: March ___, 2003

20014.015:62970