RFS:rcc
4/1/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT A. LOCASTRO, D.O., et ux.,  *

    Plaintiffs  *

        *

v.

        *  Civil Action No.: WMN 02-781

THE PAUL REVERE LIFE
INSURANCE COMPANY, et al.,  *

    Defendants  *

        *

\* \* \* \* \* \* \* \* \*

## AMENDMENT BY INTERLINEATION

    Plaintiffs Robert A. Locastro, D.O. and Joan Locastro, pursuant to this Court's Order of March 17th 2003, hereby amends the Amended Complaint, by interlineation, to henceforth substitute "Provident Companies, Inc." for "Provident Insurance Companies, Inc." wherever same appears in the Amended Complaint.

        Respectfully submitted,

          /s/
        RANDALL F. SMOUSE
        Federal Bar No.: 11784

          /s/
        WILLIAM H. OWENS
        Federal Bar No.: 06066

        Owens & Smouse, LLC
        113 Old Padonia Road, Suite 100
        Hunt Valley, Maryland 21030
        410-453-5757
        Attorneys for Plaintiffs