RFS:rcc
4/1/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT A. LOCASTRO, D.O., et ux., | * |
| Plaintiffs | * |
| | * |
| v. | * |
| | * Civil Action No.: WMN 02-781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, et al., | * |
| | * |
| Defendants | * |
| | * |
| | * |

* * * * * * * * *

OPPOSITION TO MOTION TO RECONSIDER AND FOR CLARIFICATION

Plaintiffs Robert A. Locastro, D.O. and Joan Locastro, pursuant to this Court's Order of March 17th 2003, hereby oppose Defendants The Paul Revere Life Insurance Company, The Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Insurance Companies, Inc. and UnumProvident Corporation's Motion to Reconsider and for Clarification and as reasons therefore state:

1. That Defendants essentially seek dismissal of Plaintiffs' loss of consortium claim (Count Twelve) and dismissal of Joan Locastro as a party plaintiff on the grounds that the Amended Complaint, as limited by this Court's Order of March 17th 2003, fails to set forth a claim of physical injury.

2. That the Amended Complaint in fact alleges physical injury to Dr. Locastro, namely erectile dysfunction and also identifies various other emotional and psychological injuries set forth more fully in numbered paragraphs 62 and 63 of the Amended Complaint.

3. That, in addition, the Amended Complaint sets forth specific allegations, in paragraphs 57 and 58, that Defendants were aware of the emotional impact, and hence of the psychological and physical harm, of their tortious conduct and yet persisted in inflicting same on Dr. Locastro.

WHEREFORE Plaintiffs respectfully request that Defendants' Motion to Reconsider and for Clarification be Denied.

Respectfully submitted,

_____/s/_____
RANDALL F. SMOUSE
Federal Bar No.: 11784

_____/s/_____
WILLIAM H. OWENS
Federal Bar No.: 06066

Owens & Smouse, LLC
113 Old Padonia Road, Suite 100
Hunt Valley, Maryland 21030
410-453-5757
Attorneys for Plaintiffs