RFS:rcc
4/14/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT A. LOCASTRO, D.O., et ux., | * |
| | * |
| Plaintiffs | |
| | * |
| v. | |
| | *   Civil Action No.: WMN 02-781 |
| THE PAUL REVERE LIFE | |
| INSURANCE COMPANY, et al., | * |
| | * |
| Defendants | |
| | * |
| | * |

\* \* \* \* \* \* \* \* \*

PLAINTIFFS' RESPONSE TO
REPLY IN FURTHER SUPPORT OF MOTION TO RECONSIDER
AND FOR CLARIFICATION

  Plaintiffs, Robert A. Locastro, D.O. and Joan Locastro, by their attorneys William H. Owens, Randall F. Smouse and the law offices of Owens & Smouse, LLC, hereby respond to Defendants' The Paul Revere Life Insurance Company, The Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Companies, Inc. and Unum Provident Corporation, pursuant to Federal Rule 7(b) and Maryland Local Rule 105, hereby respond to Defendants' Reply in Further Support of Motion to Reconsider and for Clarification, and in further support of Plaintiffs' Opposition to Motion to Reconsider and for Clarification, and state:

  1.  That Defendants' Reply misstates and mischaracterizes Maryland Law regarding the injury necessary to support loss of consortium.

  2.  That Defendants' Reply is unintelligible and therefore meaningless.

3. That Plaintiffs submit the attached Memorandum in Support of this Response and incorporate same as if fully set forth herein.

WHEREFORE, for all of the above reasons, Plaintiffs respectfully request that Defendants' Motion to Reconsider and for Clarification by DENIED.

                                            Respectfully submitted,

                                            _____/s/_____  
                                            RANDALL F. SMOUSE  
                                            Federal Bar No.: 11784

                                            _____/s/_____  
                                            WILLIAM H. OWENS  
                                            Federal Bar No.: 06066

                                            Owens & Smouse, LLC  
                                            113 Old Padonia Road, Suite 100  
                                            Hunt Valley, Maryland 21030  
                                            410-453-5757  
                                            Attorneys for Plaintiffs

Law Offices  
OWENS & SMOUSE, LLC  
113 Old Padonia Road  
Suite 100  
Hunt Valley, Maryland 21030