UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT A. LOCASTRO, D.O., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN 02-781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

CERTIFICATE OF GOOD-FAITH EFFORTS
TO RESOLVE DISCOVERY DISPUTE WITH PLAINTIFFS

The undersigned counsel for co-defendants The Paul Revere Life Insurance Company, The Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Companies, Inc., and UnumProvident Corporation, pursuant to Md. Local Rules 104.7, hereby certifies that good-faith efforts were made to confer with counsel for Plaintiffs in an effort to resolve a dispute among the parties concerning the interpretation and application of the limitation on deposition hours prescribed in the Scheduling Order issued on May 6, 2003. The specifics of the good-faith efforts to confer with Plaintiffs' counsel are described in the memorandum of law in support of the motion to clarify or, in the alternative, modify scheduling order, which was filed contemporaneously herewith.

                                                          Respectfully submitted,

                                                          _____

                                                          Bryan D. Bolton
Federal Bar No. 02112
Derek B. Yarmis
Federal Bar No. 10892

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201
(410) 659-7700 (telephone)
(410) 659-7773 (facsimile)

Attorneys for The Paul Revere Life Insurance Company, The Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Companies, Inc., and UnumProvident Corporation

Dated:  July 18, 2003

20014.015:65531

2