RFS:rcc
7/31/03
128.0000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT A. LOCASTRO, D.O., et ux.,   *

    Plaintiffs   *

          *

v.

          *   Civil Action No.: 1:02-cv-00781

THE PAUL REVERE LIFE
INSURANCE COMPANY, et al.,   *

    Defendants   *

          *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

IT IS HEREBY ORDERED, this _____ day of _____, 2003, that Defendants' Motion to Clarify or, in the Alternative, Modify Scheduling Order, IS DENIED, or, in the alternative,

IT IS HEREBY ORDERED, this _____day of _____, 2003, that both Plaintiffs and Defendants are allowed twenty-two (22) hours of fact deposition per side and all health care providers are included within said limitation.

                                                _____
                                                JUDGE
                                                United States District Court

Law Offices
OWENS & SMOUSE, LLC
113 Old Padonia Road
Suite 100
Hunt Valley, Maryland 21030