RFS:rcc
7/31/03
28.0000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT A. LOCASTRO, D.O., et ux., | * |
| Plaintiffs | * |
| | * |
| v. | * Civil Action No.: 1:02-cv-00781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, et al., | * |
| | * |
| Defendants | * |
| | * |

\* \* \* \* \* \* \* \* \*

<u>PLAINTIFFS' ROBERT and JOAN LOCASTRO'S
ANSWERS TO THE FIRST SET OF INTERROGATORIES TO PLAINTIFFS
FROM THE PAUL REVERE LIFE INSURANCE COMPANY</u>

Answers of Robert A. and Joan Locastro, Plaintiffs, to the Interrogatories propounded by Defendant, The Paul Revere Life Insurance Company.

Now come Plaintiffs, by Randall F. Smouse, William H. Owens, and the Law Offices of Owens & Smouse, LLC, his attorneys, and for Answers to the Interrogatories propounded by the Defendant say:

<u>Instructions and Limitations</u>

a. That the information supplied in these Answers to Interrogatories is not based solely upon the knowledge of the Plaintiffs, but includes the knowledge of the Plaintiffs, their agents, representatives, and attorneys, unless privileged.

b. That the word usage and sentence structure may be that of the attorneys assisting in the preparation of these Answers to Interrogatories and thus does not necessarily purport to be the precise language of the Plaintiffs.

c. That the information contained in these Answers to Interrogatories is being provided in accordance with the Federal Rules of Civil Procedure and the Local Rules of the U.S. District Court for Maryland, and all appendices thereto, which, in general, require the disclosure of all facts which may be relevant, or may lead to discovery of relevant information; accordingly, the

EXHIBIT 11

INTERROGATORY NO. 2: Identify by name, address, and telephone number all persons that you believe have personal knowledge of any fact concerning any claim (not dismissed by the Court) alleged in the Amended Complaint, including in your answer a brief statement of the subject matter of the knowledge you believe each person possesses.

Answer to Interrogatory No. 2:

See Answer to Interrogatory No. 1, incorporated by reference herein. Every identified individual, without exception, has knowledge pertinent to this interrogatory and in the same capacity.

INTERROGATORY NO. 3: Identify by name, business address, and telephone number all health-care providers whom you have seen, spoken with, and/or consulted for diagnosis, care, testing, consultation, examination, and/or treatment of any kind since January 1, 1997, and for each such health care provider, state (i) all reasons why you saw, spoke with and/or consulted the health-care provider; (ii) all dates on which you saw, spoke with, and/or consulted the health care provider; and (iii) if any of the health-care provider(s) made any diagnosis of your condition, state the date the diagnosis was communicated to you and state what you were told was the diagnosis of your condition.

Answer to Interrogatory No. 3:

See Answer to Interrogatory No. 1, incorporated by reference herein. I saw each health care provider listed in that interrogatory answer because of the chronic back pain I was and am experiencing. The diagnoses of which I was told by each health care provider listed in Answer to Interrogatory No. 1 is consistent with what is listed in the medical record(s) generated by that health care provider and referenced by the attendant Bates numbered documents and elsewhere in the documents produced by any of the parties during discovery. See also LP1 000393-98. See LP1 001040-53.

INTERROGATORY NO. 4: Identify by name, address, and telephone number each person whom you intend to call as an expert witness at trial, or whose expert opinion testimony you intend to introduce at trial, including, without limitation, any hybrid fact/expert witnesses, and as to each such witness, provide the following: (i) a complete statement of all opinions to be expressed and the basis and reasons therefor; (ii) the data or other information considered by the witness in forming the opinions; (iii) the qualifications, resume, or curriculum vitae of the

Law Offices
OWENS & SMOUSE, LLC
113 Old Padonia Road
Suite 100
Hunt Valley, Maryland 21030

witness, including a list of all publications written by the witness in the preceding ten years; (iv) the compensation to be paid for the witness's preparation and testimony; and (v) a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

Answer to Interrogatory No. 4:

See Plaintiffs' Rule 26 (a)(2) expert witness disclosure previously submitted. Plaintiffs intend to call at trial the three listed retained experts. As for the hybrid witness listed therein, Plaintiffs intend to call at trial Dr. Lauerman, Dr. Spevak, Dr. Curcio, Dr. Loeffler, Dr. Herbert, and Dr. Burkett. Dr. Lauerman's CV can be found at LP4 008453 through 008466. The CV's of the other physicians are being gathered. They will be produced upon receipt. Plaintiffs reserve the right to call each and any health care provider identified in Answer to Interrogatory No. 1 or in Plaintiffs Rule 26(a)(2) expert witness disclosure or elsewhere in the discovery produced by any party.

INTERROGATORY NO. 5: Describe in detail each act of alleged mail fraud that you intend to rely upon in support of your RICO claim (Count 13 in your Amended Complaint), including in your answer the date of each mailing, the author of each fraudulent document, each person to whom the alleged fraudulent document was sent, and all the reasons why you contend each document was fraudulent.

Answer to Interrogatory No. 5:

Some of the pertinent letters mailed first class to, and received by, Dr. Locastro at his home at 3 Briggs Court, Silver Spring, Maryland 20906 in furtherance of the Scheme include those on letterhead of Paul Revere Insurance Group dated:

i. September 14, 1994 (under signature of Michael P. Marr, Vice President – Individual Underwriting, The Paul Revere Life Insurance Company) regarding definition of "Totally Disabled" and "Your Occupation" and payment of benefits (LP1 000028);

Law Offices
OWENS & SMOUSE, LLC
113 Old Padonia Road
Suite 100
Hunt Valley, Maryland 21030

I DO SOLEMNLY declare and affirm under penalty of perjury that the foregoing Answers to Interrogatories are true and correct to the best of my knowledge, information and belief.

_____
ROBERT A. LOCASTRO

I DO SOLEMNLY declare and affirm under penalty of perjury that the foregoing Answers to Interrogatories are true and correct to the best of my knowledge, information and belief.

*[signature]*
JOAN LOCASTRO

Law Offices
OWENS & SMOUSE, LLC
113 Old Padonia Road
Suite 100
Hunt Valley, Maryland 21030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2003, a copy of the foregoing Answers to Interrogatories was hand delivered with the three CD ROMs identified in Response to Request for Production of Documents No. 12 to:

Bryan D. Bolton, Esquire
Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201-3111
Fax No.: 410-659-7773
Attorneys for all Defendants

RANDALL F. SMOUSE
Federal Bar No.: 11784

Law Offices
OWENS & SMOUSE, LLC
113 Old Padonia Road
Suite 100
Hunt Valley, Maryland 21030