UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT A. LOCASTRO, D.O., *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. WMN 02-781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, *et al.*, | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' MOTION TO ENLARGE DEPOSITION HOURS

Defendants, The Paul Revere Life Insurance Company, The Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Companies, Inc., and UnumProvident Corporation (collectively "Defendants"), pursuant to Fed. R. Civ. P. 30(d)(2) and Fed. R. Civ. P. 26(b)(2), move for an order of this Court enlarging the number of hours permitted for the deposition of plaintiffs' expert witness, Frank Caliri, III, from seven to fourteen hours, which is the time needed for a fair examination of Mr. Caliri.

WHEREFORE, Defendants respectfully request that this Court grant their motion and enter an Order enlarging the number of hours permitted for the deposition of Frank Caliri, III to fourteen hours.

Respectfully submitted,

____/s/_____
Bryan D. Bolton
Federal Bar No. 02112
Derek B. Yarmis
Federal Bar No. 10892

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201-3111
(410) 659-7700 (telephone)
(410) 659-7773 (facsimile)

Attorneys for The Paul Revere Life Insurance Company, The Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Companies, Inc., and UnumProvident Corporation

Dated:          August 22, 2003

20014.015:66059

2