UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT A. LOCASTRO, D.O., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN 02-781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, *et al.*, | * | |
| | * | |
| Defendants. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

CERTIFICATE OF GOOD-FAITH EFFORTS
TO RESOLVE DISCOVERY DISPUTE WITH PLAINTIFFS

The undersigned counsel for Defendants, The Paul Revere Life Insurance Company, The Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Companies, Inc., and UnumProvident Corporation, pursuant to Md. Local Rule 104.7, hereby certifies that good-faith efforts were made to confer with counsel for plaintiffs in an effort to resolve a dispute among the parties concerning enlarging the number of deposition hours needed for a fair examination of one of plaintiffs' designated expert witnesses, Frank Caliri, III.

Based on the extent of the report, the documents relied upon, and the time covered in the report, on July 15, 2003, defendants requested that plaintiffs' counsel consent to Mr. Caliri's deposition taking place over two days. By letter dated July 17, 2003, plaintiffs' counsel responded, *inter alia*, that seven hours was the maximum number to which they would agree for the taking of the deposition. Although defendants' counsel followed up with an attempt to compromise on the issue, plaintiffs' counsel responded by letter refusing to agree to exceed seven hours to depose Mr. Caliri.

Respectfully submitted,

_____/s/_____
Bryan D. Bolton
Federal Bar No. 02112
Derek B. Yarmis
Federal Bar No. 10892

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201
(410) 659-7700 (telephone)
(410) 659-7773 (facsimile)

Attorneys for The Paul Revere Life Insurance Company, The Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Companies, Inc., and UnumProvident Corporation

Dated:        August 22, 2003

20014.015:66071v2