RFS:rcc
8/28/03
128.0000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT A. LOCASTRO, D.O., et ux., | * |
| Plaintiffs | * |
| | * |
| v. | * |
| | * Civil Action No.: 1:02-cv-00781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, et al., | * |
| | * |
| Defendants | * |
| | * |
| | * |

* * * * * * * * *

<u>PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO ENLARGE DEPOSITION HOURS</u>

Plaintiffs, Robert A. Locastro, D.O. and his wife, Joan Locastro, by their attorneys, Randall F. Smouse, William H. Owens and the law offices of Owens & Smouse, LLC, pursuant to the Federal Rules, hereby oppose Defendants' Motion to Enlarge Deposition Hours, regarding Plaintiffs' expert witness Frank Caliri, III, and as reasons therefor state:

1.     That Defendants seek an increase from seven to fourteen hours to depose Plaintiffs' expert witness Frank Caliri, III, primarily based on the length of Mr. Caliri's expert report and related matters.

2.     That Defendants' argument is without merit as the length and detail of Mr. Caliri's report should sharpen and abbreviate their inquiry rather than lengthen it.

3.     That Defendants have previously deposed Mr. Caliri, despite the absence of such an admission in their Motion or Memorandum; in addition, Mr. Caliri has been deposed on numerous prior occasions, as set forth in Plaintiffs' Rule 26 Expert Report.

4. That Defendants' Motion is without merit for all the reasons set forth in Plaintiffs' attached Memorandum of Law in support of, which is incorporated herein by reference.

WHEREFORE, Plaintiffs, Robert A. Locastro, D.O. and Joan Locastro, hereby respectfully request that Defendants' Motion to Enlarge Deposition Hours be denied.

Respectfully submitted,

_____/s/_____
RANDALL F. SMOUSE
Federal Bar No.:  11784

_____/s/_____
WILLIAM H. OWENS
Federal Bar No.:  06066

Owens & Smouse, LLC
113 Old Padonia Road, Suite 100
Hunt Valley, Maryland  21030
410-453-5757
Attorneys for Plaintiffs