RFS:rcc
8/28/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT A. LOCASTRO, D.O., et ux.,    *

    Plaintiffs                                 *

                                                  *

v.                                                 *   Civil Action No.: WMN 02-781

THE PAUL REVERE LIFE                  *
INSURANCE COMPANY, et al.,           *

    Defendants                               *

                                                  *

\* \* \* \* \* \* \* \* \*

AFFIDAVIT OF FRANK CALIRI, III

I, Frank Caliri, being over the age of eighteen (18) years and competent to testify to the matters set forth below hereby state:

1. That I have been retained as an expert witness in various depositions as set forth more fully in attachments to the 26(a)(2) Disclosure of Expert Testimony report filed in the above-captioned case.

2. That during the last three (3) years I have been deposed on at least ten (10) separate occasions on at least ten (10) different cases by counsel for the various Defendants in the above-captioned case, including counsel for UnumProvident Corporation and The Paul Revere Life Insurance Company.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE FOREGOING STATEMENTS ARE TRUE.

Respectfully submitted,

_____
FRANK CALIRI, III
7658 Greenleaf Avenue
Whittier, California 90602
(562) 693-1911

Law Offices
OWENS & SMOUSE, LLC
113 Old Padonia Road
Suite 100
Hunt Valley, Maryland 21030

EXHIBIT A