UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT A. LOCASTRO, D.O., *et al.*,          *

    Plaintiffs          *

v.          *          Civil Action No. WMN 02-781

THE PAUL REVERE LIFE INSURANCE          *
COMPANY, *et al.*,
              *

    Defendants
\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

THE PAUL REVERE LIFE INSURANCE COMPANY'S
MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

Co-defendant The Paul Revere Life Insurance Company ("Paul Revere"), pursuant to Fed. R. Civ. P. 37 and Md. Local Rule 104.8, moves for an order of this Court compelling Plaintiffs to provide a full and complete answer to interrogatory number 4 in Paul Revere's first set of interrogatories. The Court also should require Plaintiffs, or their attorneys, or all of them, to pay the reasonable expenses incurred by Paul Revere pursuant to Fed. R. Civ. P. 37(a)(4). The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, co-defendant The Paul Revere Life Insurance Company moves for an order of this Court compelling discovery and awarding expenses.

Respectfully submitted,


\_\_/s/_____

Bryan D. Bolton
Federal Bar No. 02112
Derek B. Yarmis
Federal Bar No. 10892

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201-3111
(410) 659-7700 (telephone)
(410) 659-7773 (facsimile)

Attorneys for Defendants

Dated:        September 2, 2003

20014.015:66583