UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT A. LOCASTRO, D.O., *et al.*, *

Plaintiffs, *

v. * Civil Action No. WMN 02-781

THE PAUL REVERE LIFE INSURANCE COMPANY, *et al.*, *

Defendants. *

* * * * * * * * * * * * * *

FIRST SET OF INTERROGATORIES TO PLAINTIFFS
<u>FROM THE PAUL REVERE LIFE INSURANCE COMPANY</u>

To: Robert A. Locastro, D.O. and Joan Locastro

From: The Paul Revere Life Insurance Company

Pursuant to Fed. R. Civ. P. 33, the following set of interrogatories shall be answered by plaintiffs, Robert A. Locastro, D.O., and Joan Locastro, fully and under oath, and timely served upon the undersigned attorneys for The Paul Revere Life Insurance Company.

<u>INSTRUCTIONS AND DEFINITIONS</u>

A. The Uniform Instructions and Definitions For Use in Discovery Requests are incorporated herein.

B. "You" and "your" shall refer to Robert A. Locastro, D.O. and Joan Locastro, their attorneys, representatives, agents, assignees, and successors, and any other person acting or purporting to act on their behalf.

C. "The Policy" shall refer to The Paul Revere Life Insurance Company Preferred Professional Disability Income Policy No. 01026851780.



D. The term "health care provider" shall have the meaning prescribed in Md. Code Ann., Cts. & Jud. Proc. § 3-2A-01(e).

E. The term "Amended Complaint" means the amended complaint filed by Robert A. Locastro, D.O. and Joan Locastro in the United States District Court for the District of Maryland, which has been assigned Civil Action No. WMN 02-781.

F. All information requested in these interrogatories is for the period from January 1, 1994 to date, unless otherwise specifically indicated.

INTERROGATORIES

INTERROGATORY NO. 1: Identify by name, address and telephone number all persons that you believe have personal knowledge of any fact in support of your claim for benefits under the Policy, including in your answer a brief statement of the subject matter of the knowledge you believe each person possesses.

INTERROGATORY NO. 2: Identify by name, address, and telephone number all persons that you believe have personal knowledge of any fact concerning any claim (not dismissed by the Court) alleged in the Amended Complaint, including in your answer a brief statement of the subject matter of the knowledge you believe each person possesses.

INTERROGATORY NO. 3: Identify by name, business address, and telephone number all health-care providers whom you have seen, spoken with, and/or consulted for diagnosis, care, testing, consultation, examination, and/or treatment of any kind since January 1, 1997, and for each such health care provider, state (i) all reasons why you saw, spoke with and/or consulted the health-care provider; (ii) all dates on which you saw, spoke with, and/or consulted the health care provider; and (iii) if any of the health-care provider(s) made any diagnosis of your condition, state the date the diagnosis was communicated to you and state what you were told was the diagnosis of your condition.

INTERROGATORY NO. 4: Identify by name, address, and telephone number each person whom you intend to call as an expert witness at trial, or whose expert opinion testimony you intend to introduce at trial, including, without limitation, any hybrid fact/expert witnesses, and as to each such witness, provide the following: (i) a complete statement of all opinions to be expressed and the basis and reasons therefor; (ii) the data or other information considered by the witness in forming the opinions; (iii) the qualifications, resume, or curriculum vitae of the witness, including a list of all publications written by the witness in the preceding ten years; (iv) the compensation to be paid for the witness's preparation and testimony; and (v) a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

INTERROGATORY NO. 5: Describe in detail each act of alleged mail fraud that you intend to rely upon in support of your RICO claim (Count 13 in your Amended Complaint), including in your answer the date of each mailing, the author of each fraudulent document, each person to whom the alleged fraudulent document was sent, and all the reasons why you contend each document was fraudulent.

INTERROGATORY NO. 6: Describe in detail each act of alleged wire fraud through use of a telephone that you intend to rely upon in support of your RICO claim (Count 13 in your Amended Complaint), including in your answer the date of each telephone call, all persons participating in each telephone call, the location of the person who placed the call, the location of all other persons on each call, each fraudulent statement made during each telephone call, the person making each statement you claim was fraudulent, and all reasons why you contend that each statement was fraudulent.

INTERROGATORY NO. 7: Describe in detail each act of alleged wire fraud through use of a telecopier or facsimile machine that you intend to rely upon in support of your RICO claim

(Count 13 in your Amended Complaint), including in your answer the date of each transmission, all the recipients of each transmission, the location of the person transmitting each document, the location of all recipients of each document, each statement you claim was fraudulent in each facsimile, the person making each statement in each facsimile that you claim was fraudulent, and all reasons why you contend that each statement was fraudulent.

INTERROGATORY NO. 8: If you contend any predicate acts for RICO liability, other than mail or wire fraud, were committed by, for, or on behalf of any of the defendants, then identify each predicate act by providing the specific statute violated, the date each predicate act was committed, the identity of all persons participating in and witnessing each predicate act, and a detailed description of the specific facts you contend constitute each predicate act.

INTERROGATORY NO. 9: If you intend to rely, for any purpose, on any conduct of the defendants that you contend was fraudulent, but which is not described in your answers to interrogatories 5 through 8, then set forth in detail all facts in support of your contention, including the date of each statement you contend was fraudulent, the persons present at the time each statement was made, the specific statement you contend was fraudulent, the person who uttered the statement you contend was fraudulent, and the basis for your contention that each statement was fraudulent.

INTERROGATORY NO. 10: If you contend that one or more of the defendants conspired in violation of 18 U.S.C. § 1962(d), then set forth in detail the alleged conspiracy you claim was entered into, including the identity of all persons and/or entities participating in the conspiracy, the date the conspiracy commenced, the persons present at the initiation of the conspiracy, and all acts committed in furtherance of the conspiracy, including the date of each act.

Bryan D. Bolton
Federal Bar No. 02112
Derek B. Yarmis
Federal Bar No. 10892

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201-3111
410.659.7700 (telephone)
410.659.7773 (facsimile)

Attorneys for Co-defendant, The Paul Revere Life Insurance Company

Dated: June 20, 2003

20014.015: 64901v1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 20th day of June, 2003, a copy of the First Set of Interrogatories to Plaintiffs from The Paul Revere Life Insurance Company was hand delivered to:

Randall F. Smouse, Esquire
William H. Owens, Esquire
Owens & Smouse, LLC
113 Old Padonia Road, Suite 100
Hunt Valley, Maryland 21030

Attorneys for Plaintiffs

Bryan D. Bolton

20014.015: 64901

RFS:rcc
7/7/03
128.0000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT A. LOCASTRO, D.O., et ux., *

Plaintiffs *

v. * Civil Action No.: 1:02-cv-00781

THE PAUL REVERE LIFE INSURANCE COMPANY, et al., *

Defendants *

* * * * * * * * *

## DISCLOSURE OF EXPERT TESTIMONY

Plaintiffs, Robert A. Locastro, D.O. and Joan Locastro, by their attorneys, Randall F. Smouse, William H. Owens and the law offices of Owens & Smouse, pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule 104.10, hereby disclose and identify the following expert witnesses:

1. The following witnesses have been retained by Plaintiffs as expert witnesses in this case:

a. Frank Caliri, III
7658 Greenleaf Avenue
Whittier, California 90602
(Disability Insurance Coverage)

b. Joel N. Morse, Ph.D.
Merrick School of Business
University of Baltimore
1420 N. Charles Street
Baltimore, Maryland 21201-4989
(Financial Economics)



Law Offices
WENS & SMOUSE, LLC
113 Old Padonia Road
Suite 100
nt Valley, Maryland 21030



c. Lianne Friedman
Rehabilitation Experts of Maryland, Inc.
11160 Viers Mill Road
Suite 708
Wheaton, Maryland 20902
(Vocational Rehabilitation Counseling)

A copy of the reports of each of the above experts is attached hereto.

2. In addition, Plaintiffs identify the following hybrid fact/expert witnesses, including treating physicians and other healthcare providers, as follows:

a. Henry R. Herbert, M.D, certified occupational medicine specialist, 12255 Fair Oaks Parkway, Fairfax, Virginia, 22033, 203-934-5803

b. William C. Lauerman, M.D., certified orthopaedic surgeon, Chief of Spinal Surgery, Georgetown University Hospital, Physicians Health Care Center, Department of Orthopaedic Surgery, 3800 Reservoir Road NW, Washington, D.C. 20007-2197, 202-687-8766

c. Richard J. Sternberg, M.D., certified orthopaedic surgeon, Kaiser Permanente Penderbrook Medical Center, 12011 Lee-Jackson Memorial Highway, Fairfax, Virginia 22033, 703-383-5400

d. Kenneth Jackson, M.D., certified orthopaedic surgeon, Kaiser Permanente Penderbrook Medical Center, 12011 Lee-Jackson Memorial Highway, Fairfax, Virginia 22033, 703-383-5400

e. Christopher Spevak, M.D., pain management specialist, Kaiser Permanente Falls Church Medical Center, 201 North Washington Street, Falls Church, Virginia 22046, 703-531-1687

f. Karen S. Melcher, physical therapist, Kaiser Permanente, 10410 North Kensington Parkway, Kensington, Maryland 20895, 301-897-2330

g. Janet L. Alcorn, physical therapist, Kaiser Permanente, 10410 North Kensington Parkway, Kensington, Maryland 20895, 301-897-2330

h. Cindy S. Hicks, physical therapy assistant, Kaiser Permanente, 10410 North Kensington Parkway, Kensington, Maryland 20895, 301-897-2330



Law Offices
)WENS & SMOUSE, LLC
113 Old Padonia Road
Suite 100
ınt Valley, Maryland 21030

i. Hunter E. Robinson, physical therapy assistant, Kaiser Permanente, 10410 North Kensington Parkway, Kensington, Maryland 20895, 301-897-2330

j. Katina N. Morgan, physical therapist, Kaiser Permanente Falls Church Medical Center, 201 North Washington Street, Falls Church, Virginia 22046, 703-531-1687

k. Kelly Queen, physical therapy assistant, Kaiser Permanente, 10410 North Kensington Parkway, Kensington, Maryland 20895, 301-897-2330

l. Robert G. Loeffler, M.D., certified orthopaedic surgeon, 2101 Medical Park Drive, suite 110, Silver Spring, Maryland 20902, 302-681-5400

m. Christopher Curcio, M.D., radiologist, Kaiser Permanente Imaging Center, 8261 Willow Oak Corporate Drive, Fairfax, Virginia, 22031, 703-205-3600

n. Bergit I. Schoellmann, M.D., radiologist, Kaiser Permanente Falls Church Medical Center, 201 North Washington Street, Falls Church, Virginia 22046, 703-531-1687

o. Leora Sachs, M.D., radiologist, Kaiser Permanente Falls Church Medical Center, 201 North Washington Street, Falls Church, Virginia 22046, 703-531-1687

p. Steven L. Taub, M.D., physiatrist (physical medicine and rehabilitation), Kaiser Permanente Kensington Medical Center, 10810 Connecticut Avenue, Kensington, Maryland 20895, 301-929-7100

q. Isis Hannallah, M.D., radiologist, Kaiser Permanente Medical Center, 10810 Connecticut Avenue, Kensington, Maryland 20895, 301-929-7100

r. Dominique L. Vinh, M.D., physiatrist (physical medicine and rehabilitation) as well as spinal cord and injury medicine specialist, Kaiser Permanente Medical Group, Springfield Medical Center, 6501 Loisdale Court, Springfield, Virginia 22150-1885, 703-922-1000

s. Ivan Gorelik, M.D., radiologist, Kaiser Permanente Medical Center, 10810 Connecticut Avenue, Kensington, Maryland 20895, 301-929-7100



Law Offices
)WENS & SMOUSE, LLC
113 Old Padonia Road
Suite 100
.nt Valley, Maryland 21030

t. Marta Archutowska, M.D., radiologist, Kaiser Permanente Imaging Center, 8261 Willow Oak Corporate Drive, Fairfax, Virginia, 22031, 703-205-3600

u. Jonathon DesMarteau, anesthesiologist, Kaiser Permanente Falls Church Medical Center, 201 North Washington Street, Falls Church, Virginia 22046, 703-531-1687

v. Barbara Faires Burkett, D.O., osteopath, 11000 New Hampshire Avenue, Silver Spring, Maryland 20904, 301-681-4277

w. Joseph Zoimen, insurance salesman, 17 Warren Road, Suite 5B, Baltimore, Maryland 21208

x. Margaret M. O'Hara, disability insurance claims analyst, 10 Inman Avenue, Worcester, Massachusetts

y. Shelley A. McKiernan, disability insurance claims analyst, Paul Revere Life Insurance Company, 18 Chester Street, Worcester, Massachusetts 01608

z. Judy LaRochelle, disability insurance claims analyst, Paul Revere Life Insurance Company, 18 Chester Street, Worcester, Massachusetts 01608

aa. John Bianchi, M.D., physician, 74 South Quinigamond Avenue, Shrewsbury, Massachusetts 01545

bb. Kirstin Ellia, disability insurance claims analyst, Paul Revere Life Insurance Company, 18 Chester Street, Worcester, Massachusetts 01608

cc. John Butler, disability insurance claims analyst, Paul Revere Life Insurance Company, 18 Chester Street, Worcester, Massachusetts 01608

dd. John Lotfus, disability insurance claims analyst, Paul Revere Life Insurance Company, 18 Chester Street, Worcester, Massachusetts 01608

ee. Mr. Ryan, disability insurance claims analyst, Paul Revere Life Insurance Company, 18 Chester Street, Worcester, Massachusetts 01608

ff. Tina M. Pomerleau, insurance claims analyst and IA coordinator, UnumProvident Corporation, 2211 Congress Street-C433, Portland, Maine 04122, 207-575-2211

gg. Sharon Elliott, disability insurance claims analyst and vocational rehabilitation specialist, Paul Revere Life Insurance Company, 18 Chester Street, Worcester, Massachusetts 01608



Law Offices
OWENS & SMOUSE, LLC
113 Old Padonia Road
Suite 100
unt Valley, Maryland 21030

hh. Richard E. Grant, M.D., joint specialist, Providence Hospital, DePaul Building, 1160 Varnum Street, NE, Suite 104, Washington, D.C. 20017, 202-269-7383

ii. Michelle Magner, disability insurance claims analyst, Paul Revere Life Insurance Company, 18 Chester Street, Worcester, Massachusetts 01608

jj. Christopher Powers, disability insurance benefits analyst, Standard Insurance Company, Long Term Disability Department, 900 S.W. 5th Avenue, Portland, Oregon 97204-1235, 503-321-6395

kk. Marion Waterman, R.N., B.S.N., C.C.M., nurse case manager, Standard Insurance Company, Claim Management Resources, P.O. Box 2800, Portland, Oregon 97208, 800-368-2859

ll. Micah Rubenstein, disability benefits analyst, Standard Insurance Company, Group Benefits Department, 1100 S.W. 6th Avenue, Portland, Oregon 97204-1093, 800-638-1135

mm. Layton D. Holcombe, insurance claims support specialist, Independent Consulting Group Inc., 3640 Richmond Drive, Colorado Springs, Colorado 80922, 800-706-7056

nn. Tricia A. Berube, disability insurance claims analyst, UnumProvident, 18 Chester Street, Worcester, Massachusetts 01608

oo. Charmaine Sheeler, insurance investigator, Maryland Insurance Administration, 525 St. Paul Place, Baltimore, Maryland 21202-2272, 410-628-2000

pp. Suzanne Balodajan, insurance investigator, Maryland Insurance Administration, 525 St. Paul Place, Baltimore, Maryland 21202-2272, 410-628-2000

qq. Lynda Miller, insurance investigator, Maryland Insurance Administration, 525 St. Paul Place, Baltimore, Maryland 21202-2272, 410-628-2000

rr. Joy Hatchette, insurance investigator, Maryland Insurance Administration, Associate Commissioner, 525 St. Paul Place, Baltimore, Maryland 21202-2272, 410-628-2000

ss. Dorothy Hall, disability insurance claims analyst, Social Security Administration, Disability Determination Services, 1500 Woodlawn Drive, Baltimore, Maryland 21241-1500



Law Offices
OWENS & SMOUSE, LLC
113 Old Padonia Road
Suite 100
Hunt Valley, Maryland 21030

tt. D. M. Smith, disability insurance claims analyst, Social Security Administration, Disability Determination Services, 1500 Woodlawn Drive, Baltimore, Maryland 21241-1500

uu. Samantha Kieley, M.A., CRC, CDMS, CCM, vocational rehabilitation specialist, First Rehabilitation Resources Inc., 14504 Greenview Drive, Suite 506, Laurel, Maryland 20708, 410-792-0506

vv. Linda J. Fasshauer, ALHC, ACS, disability insurance claims analyst and complaint specialist, Paul Revere Life Insurance Company, 18 Chester Street, Worcester, Massachusetts 01608, 888-226-7959 ext. 6742

Pursuant to Local Rule 104.10, no 26(a)(2)(B) reports are required for the above hybrid fact/expert witnesses.

Respectfully submitted,

RANDALL F. SMOUSE
Federal Bar No.: 11784

WILLIAM H. OWENS
Federal Bar No.: 06066

Owens & Smouse, LLC
113 Old Padonia Road, Suite 100
Hunt Valley, Maryland 21030
410-453-5757
Attorneys for Plaintiffs



Law Offices
OWENS & SMOUSE, LLC
113 Old Padonia Road
Suite 100
Hunt Valley, Maryland 21030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July, 2003, a copy of the foregoing Disclosure of Expert Testimony was hand delivered to:

Bryan D. Bolton, Esquire
Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201-3111
Fax No.: 410-659-7773
Attorneys for all Defendants

RANDALL F. SMOUSE



Law Offices
OWENS & SMOUSE, LLC
113 Old Padonia Road
Suite 100
Hunt Valley, Maryland 21030