UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT A. LOCASTRO, D.O., *et al*. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 02-781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, *et al.*, | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

THE PAUL REVERE LIFE INSURANCE COMPANY'S
NOTICE OF FILING OF LENGTHY EXHIBIT TO ITS MEMORANDUM OF LAW
IN SUPPORT OF MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

On September 2, 2003, the Memorandum of Law in Support of The Paul Revere Life Insurance Company's Motion to Compel Discovery and for Sanctions, with Exhibits 1 and 3, was electronically filed as an attachment to The Paul Revere Life Insurance Company's Motion to Compel Discovery and for Sanctions. Exhibit 2 to said memorandum of law exists only in paper format and if scanned will be larger than 1.5 MB. Exhibit 2, therefore, will be filed with the Clerk's Office in paper format.

The attorneys identified below certify that, within 24 hours of the filing of this Notice, paper copies of the document identified above will be filed and served.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Bryan D. Bolton
                                            Federal Bar No. 02112
                                            Derek B. Yarmis
                                            Federal Bar No. 10892

                                            Funk & Bolton, P.A.
                                            Twelfth Floor
                                            36 South Charles Street
                                            Baltimore, Maryland  21201-3111
                                            410.659.7700 (telephone)
                                            410.659.7773 (facsimile)

                                            Attorneys for Defendants

Dated:        September 3, 2003
20014.015:66791