UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT A. LOCASTRO, D.O., *et al*. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 02-781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, *et al.*, | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 3, 2003, a paper copy of Exhibit 2 to the Memorandum of Law in Support of The Paul Revere Life Insurance Company's Motion to Compel Discovery and for Sanctions, which was electronically filed in this case on September 2, 2003 as an attachment to The Paul Revere Life Insurance Company's Motion to Compel Discovery and for Sanctions, was mailed via first class mail, postage prepaid to:

William Haines Owens
Randall F. Smouse
113 Old Padonia Road, Suite 100
Hunt Valley, Maryland  21030

Respectfully submitted,

_____/s/_____
Bryan D. Bolton
Federal Bar No. 02112
Derek B. Yarmis
Federal Bar No. 10892

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201-3111
410.659.7700 (telephone)
410.659.7773 (facsimile)

Attorneys for Defendants

Dated:        September 3, 2003
20014.015:66792