UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT A. LOCASTRO, D.O., *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. WMN 02-781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, *et al.*, | * | |
| | * | |
| Defendants | | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER

Defendants, The Paul Revere Life Insurance Company, The Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Companies, Inc., and UnumProvident Corporation, move for an order of this Court extending the deadline for Defendants' Rule 26(a)(2) disclosures re experts, and all subsequent deadlines set forth in the Scheduling Order dated May 6, 2003, by sixty days. The grounds for this motion are set forth in the accompanying memorandum of law.

In accordance with Md. Local Rule 105.9, Defendants' counsel attempted to obtain the consent of Plaintiffs' counsel to a modification of the Scheduling Order and gave notice of Defendants' intention to file the instant motion. Defendants' counsel has been unable to obtain the consent of Plaintiffs' counsel to the requested modification.

WHEREFORE, Defendants move for an order of this Court extending the deadline for Defendants' Rule 26(a)(2) disclosures re experts, and all subsequent deadlines set forth in the Scheduling Order dated May 6, 2003, by sixty days.

                                          Respectfully submitted,

                                          _____/s/_____
                                          Bryan D. Bolton
                                          Federal Bar No. 02112
                                          Derek B. Yarmis
                                          Federal Bar No. 10892

                                          Funk & Bolton, P.A.
                                          Twelfth Floor
                                          36 South Charles Street
                                          Baltimore, Maryland  21201-3111
                                          (410) 659-7700 (telephone)
                                          (410) 659-7773 (facsimile)

                                          Attorneys for Defendants

Dated:	September 4, 2003

20014.015:66582v3