UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT A. LOCASTRO, D.O., *et al*.                    *

      Plaintiff,                                            *

v.                                                                    *        Civil Action No. WMN 02-781

THE PAUL REVERE LIFE INSURANCE                *
COMPANY, *et al.,*
                                                                      *
      Defendants.

*        *        *        *        *        *        *        *        *        *        *        *        *

THE PAUL REVERE LIFE INSURANCE COMPANY'S
NOTICE OF FILING OF LENGTHY EXHIBIT TO ITS MEMORANDUM OF LAW
IN SUPPORT OF MOTION TO MODIFY SCHEDULING ORDER

      Exhibit 6, which is an attachment to the Memorandum of Law in Support of Defendants' Motion to Modify Scheduling Order, exists only in paper format and if scanned will be larger than 1.5 MB.  It will be filed with the Clerks' Office in paper format.

      The attorneys identified below certify that, within 24 hours of the filing of this Notice, a paper copy of the document identified above will be filed and served.

Respectfully submitted,


_____/s/_____
Bryan D. Bolton
Federal Bar No. 02112
Derek B. Yarmis
Federal Bar No. 10892

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201-3111
410.659.7700 (telephone)
410.659.7773 (facsimile)

Attorneys for Defendants

Dated:          September 4, 2003
20014.015:66824