UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT A. LOCASTRO, D.O., *et al*. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 02-781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, *et al.*, | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 4, 2003, a paper copy of Exhibit 6 to the Memorandum of Law in Support of Defendants' Motion to Modify Scheduling Order, which was electronically filed on September 4, 2003, was mailed via first class mail, postage prepaid to:

>William Haines Owens
>Randall F. Smouse
>113 Old Padonia Road, Suite 100
>Hunt Valley, Maryland  21030

Respectfully submitted,


_____/s/_____
Bryan D. Bolton
Federal Bar No. 02112
Derek B. Yarmis
Federal Bar No. 10892

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201-3111
410.659.7700 (telephone)
410.659.7773 (facsimile)

Attorneys for Defendants

Dated:        September 4, 2003
20014.015:66825