RFS:rcc
9/15/03
128.0000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT A. LOCASTRO, D.O., et ux., | * |
| | * |
|    Plaintiffs | * |
| v. | * |
| | *   Civil Action No.: 1:02-cv-00781 |
| THE PAUL REVERE LIFE | * |
| INSURANCE COMPANY, et al., | * |
| | * |
|    Defendants | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*

<u>PLAINTIFFS' MOTION TO STRIKE
DEFENDANTS PAUL REVERE LIFE INSURANCE COMPANY'S
MOTION TO COMPEL DISCOVERY</u>
AND
<u>PLAINTIFFS' MOTION FOR SANCTIONS</u>

    Now come Plaintiffs, Robert A. Locastro, D.O. and his wife, Joan Locastro, by their attorneys, Randall F. Smouse, William H. Owens and the law offices of Owens & Smouse, LLC, hereby request this Court to strike Defendant Paul Revere Life Insurance Company's Motion to Compel Discovery and for Sanctions filed on September 2, 2003 and for reasons therefor state as follows:

    1.    That the Paul Revere Life Insurance Company has flagrantly violated the mandate of U.S. District Court (MD) Local Rule 104.8 by not providing to Plaintiffs the aforementioned Motion to Compel prior to filing same with the Court.  Accordingly, pursuant to Federal Rule of Civil Procedure 12(f), Plaintiffs respectfully request this Honorable Court to strike The Paul Revere Life Insurance Company's Motion to Compel Discovery and for

Sanctions and for such other and further relief as the Court may deem necessary, including attorney's fees and other sanctions.

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    RANDALL F. SMOUSE
                                                    Federal Bar No.:  11784

                                                    _____/s/_____
                                                    WILLIAM H.  OWENS
                                                    Federal Bar No.:  06066

                                                    Owens & Smouse, LLC
                                                    113 Old Padonia Road, Suite 100
                                                    Hunt Valley, Maryland  21030
                                                    410-453-5757
                                                    Attorneys for Plaintiffs