UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT A. LOCASTRO, D.O., *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. WMN 02-781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, *et al.*, | * | |
| | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION

In order to effectuate the orderly consummation of settlement in the above-captioned action, Plaintiffs, Robert A. Locastro, D.O. and Joan Locastro, and Defendants, The Paul Revere Life Insurance Company, The Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Companies, Inc., and UnumProvident Corporation, hereby stipulate to a fourteen-day extension, through October 30, 2003, of the deadline for a party to move for good cause to reopen this action if settlement is not consummated, in accordance with the Settlement Order entered by the Court on September 16, 2003.

| | |
|---|---|
| _____/s/ (with permission)_____ | _____/s/_____ |
| Randall F. Smouse | Bryan D. Bolton |
| Federal Bar No. 11784 | Federal Bar No. 02112 |
| William H. Owens | Derek B. Yarmis |
| Federal Bar No. 06066 | Federal Bar No. 10892 |
| | |
| Owens & Smouse, LLC | Funk & Bolton, P.A. |
| 113 Old Padonia Road, Suite 100 | 36 South Charles Street, Twelfth Floor |
| Hunt Valley, Maryland  21030 | Baltimore, Maryland  21201 |
| (410) 453-5757 | (410) 659-7700 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |

Dated:  September 26, 2003

SO ORDERED:

_____        _____
United States District Judge                                                        Date

20014.015:67394