UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT A. LOCASTRO, D.O., *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. WMN 02-781 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, *et al.*, | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Robert A. Locastro, D.O. and Joan Locastro, and Defendants, The Paul Revere Life Insurance Company, The Paul Revere Insurance Group, Provident Life and Accident Insurance Company, Provident Companies, Inc., and UnumProvident Corporation, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party bearing its own costs and waiving all rights of appeal.

|  |  |
|---|---|
| _____/s/_____ | _____/s/ (with permission)_____ |
| Randall F. Smouse | Bryan D. Bolton |
| Federal Bar No. 11784 | Federal Bar No. 02112 |
| William H. Owens | Derek B. Yarmis |
| Federal Bar No. 06066 | Federal Bar No. 10892 |
| Owens & Smouse, LLC | Funk & Bolton, P.A. |
| 113 Old Padonia Road, Suite 100 | 36 South Charles Street, Twelfth Floor |
| Hunt Valley, Maryland 21030 | Baltimore, Maryland 21201 |
| (410) 453-5757 | (410) 659-7700 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

Dated: October 27, 2003

20014.015:67393